```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
PEDRO COYOTL, et al.,                                         :
                                                              :
                                    Plaintiff,                :         1:22-cv-3289-GHW
                                                              :
                    -v -                                      :              ORDER
                                                              :
FRANK PRISINZANO, et al.,                                     :
                                                              :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X
```

<div style="float:right; border:1px solid black; padding:4px;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 8/23/2022
</div>

GREGORY H. WOODS, United States District Judge:

The Court has received and reviewed the stipulation of substitution of counsel filed by counsel for Frank Prisinzano, Raguboy Corp., and Just an Oven Corp. at Dkt. No. 28.  The Court declines to enter that stipulation because it does not fully comply with Local Rule 1.4.  Under Local Rule 1.4, such a stipulation must be signed by all parties to the litigation.  Alternatively, counsel may move for leave to withdraw.  Any such motion must comply fully with the requirements of Local Rule 1.4.  However, the Court observes that a notice of appearance has not been entered for any of the Defendants in this case.

     SO ORDERED.

Dated: August 23, 2022
      New York, New York

                                                                    _____
                                                                        GREGORY H. WOODS
                                                                    United States District Judge