```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

PEDRO COYOTL, RENE TIGRE, and JUAN MANUEL TREJO,

        Plaintiffs,

-against-

KITCHEN TABLE, INC. d/b/a FRANK RESTAURANT, RAGUBOY CORP. d/b/a SUPPER RESTAURANT, JUST AN OVEN CORP. d/b/a LIL' FRANKIE'S, and FRANK PRISINZANO,

        Defendants.

------------------------------------------------------------------------ X

**MEMORANDUM ENDORSED**

**No. 22 Civ. 3289 (GHW)**

**RULE 68 JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2022

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Pedro Coyotl, Rene Tigre, and Juan Manuel Trejo ("Plaintiffs") on December 23, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants Frank Prisinzano, Kitchen Table, Inc. d/b/a Frank Restaurant, Raguboy Corp. d/b/a Supper Restaurant, Just An Oven Corp. d/b/a Lil' Frankie's, jointly and severally, in the amount of $75,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated:  New York, New York
       December 23, 2022

                       **SO ORDERED:**

                       _____
                       Hon. Gregory H. Woods
                       United States District Judge